UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID POSCHMANN,

        Plaintiff,

v.                                      CASE NO.

KAMPGROUNDS OF AMERICA, INC.,

        Defendant.

_____/

## COMPLAINT

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby sues the Defendant, Kampgrounds of America, Inc., for injunctive relief pursuant to the Americans With Disabilities Act, 42 U.S.C. §12181, et seq. (the "ADA") and in support thereof states as follows:

### JURISDICTION

1.     This court has subject-matter jurisdiction since this action arises pursuant to 28 U.S.C. § 1331 and §1343 and Plaintiff's claim arises under 42 U.S.C. §12181 et seq. based upon Defendant's violations of Title III of the ADA.

### VENUE

2.     Venue lies in this district pursuant to 28 U.S.C. § 1391(b) because, inter alia, a substantial part of the events or omissions giving rise to the claim asserted herein occurred in this district.

### PARTIES

3.     Plaintiff, David Poschmann, is an individual residing in this district who is over eighteen years of age and sui juris. Plaintiff is disabled as such term is defined by the ADA and is substantially limited in performing one or more major life activities due to the amputation of his right leg in 2012.  Plaintiff uses a wheelchair to ambulate. Plaintiff drives his own specially

equipped vehicle and has a valid disabled parking permit from the Florida Department of Highway Safety and Motor Vehicles. Defendant's online places of lodging reservation system fails to comply with the requirements of 28 C.F.R. §36.302(e) and therefore Plaintiff's full and equal enjoyment of the goods, services, facilities, privileges, advantages and/or accommodations offered thereon are restricted and limited because of Plaintiff's disability and will be restricted in the future unless and until Defendant is compelled to cure the substantive ADA violations contained on the places of lodging online reservation system. Plaintiff intends to visit the online reservation system for Defendant's places of lodging in the near future to book a guest cabin and utilize the goods, services, facilities, privileges, advantages and/or accommodations being offered and/or to test the online reservation system for compliance with 28 C.F.R. §36.302(e).

4.     Defendant is the owner and/or direct or indirect operator of hundreds of campground locations throughout the continental United States of America commonly known as Kampgrounds of America or KOA.[1]  The KOA campgrounds listed on Exhibits "A" and "B" hereto, which are incorporated herein by reference, are hereinafter collectively referred to as the "Places of Lodging". The KOA campgrounds family consists of three members, two of which (the Holiday Campgrounds and the Resort Campgrounds) offer cabin camping and/or deluxe cabin camping wherein guests are invited to rent furnished cabins at KOA campgrounds, the online reservation system for which is at issue herein.  Defendant is the owner and/or operator of the "West Palm Beach/Lion Country Safari KOA" in this district. The West Palm Beach/Lion Country Safari KOA place of lodging and the other KOA places of lodging identified on Exhibit B are collectively referred to herein as the "non-bookable Places of Lodging".  The KOA places of lodging identified on Exhibit A are collectively referred to as the "bookable Places of

---

[1] The facilities at issue and identified herein are, despite the Covid-19 Pandemic, currently open for business and the online reservation system at issue is accepting reservations for these facilities.

Lodging". The online reservation system for all of the KOA Places of Lodging is found at www.koa.com.

<div align="center"><b><u>CLAIM FOR INJUNCTIVE RELIEF PURSUANT TO THE ADA</u></b></div>

5.      On July 26, 1990, Congress enacted the ADA explaining that the purpose of the ADA was to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities and to provide clear, strong, consistent, enforceable standards addressing said discrimination, invoking the sweep of congressional authority in order to address the major areas of discrimination faced day-to-day by people with disabilities to ensure that the Federal government plays a central role in enforcing the standards set by the ADA. (42 U.S.C. § 12101(b)(1)-(4)).

6.      Pursuant to the mandates of 42 U.S.C. §12134(a), on September 15, 2010, the Department of Justice, Office of the Attorney General, published revised regulations for Title III of the Americans With Disabilities Act of 1990 in the *Federal Register* to implement the requirements of the ADA. Public accommodations, including places of lodging, were required to conform to these regulations on or before March 15, 2012.

7.      On March 15, 2012, new regulations implementing Title III of the ADA took effect, imposing significant new obligations on inns, motels, hotels and other "places of lodging". 28 C.F.R. §36.302(e) states:

"(1) *Reservations made by places of lodging.* A public accommodation that owns, leases (or leases to), or operates a place of lodging shall, with respect to reservations made by any means, including by telephone, in-person, or through a third party -
**(i)** Modify its policies, practices, or procedures to ensure that individuals with disabilities can make reservations for accessible guest rooms during the same hours and in the same manner as individuals who do not need accessible rooms;

**(ii)** Identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs;[2]

**(iii)** Ensure that accessible guest rooms are held for use by individuals with disabilities until all other guest rooms of that type have been rented and the accessible room requested is the only remaining room of that type;

**(iv)** Reserve, upon request, accessible guest rooms or specific types of guest rooms and ensure that the guest cabins rooms are blocked and removed from all reservations systems; and

**(v)** Guarantee that the specific accessible guest room reserved through its reservations service is held for the reserving customer, regardless of whether a specific room is held in response to reservations made by others."

8.      The Places of Lodging are places of public accommodation that own and/or lease and operate a place of lodging pursuant to the ADA. The Places of Lodging have an online reservation system whereby potential patrons may reserve a guest cabin by the night. The reservation system is subject to the requirements of 28 C.F.R.§ 36.302(e) and Defendant is responsible for said compliance.

9.      Most recently, during April, 2020 Plaintiff, from his home in this district, attempted to specifically identify and book a guaranteed reservation for an accessible guest cabin at the West Palm Beach/Lion Country Safari KOA through Defendant's online reservation system but was unable to do so due to Defendant's failure to comply with the requirements set forth in paragraph 7.  After the foregoing occurred, Plaintiff attempted to specifically identify and book a guaranteed reservation for an accessible guest cabin at the non-bookable Places of Lodging identified on Defendant's online reservation system as listed on Exhibit "B" but was

---

[2] The United States Department of Justice, in "28 C.F.R. Appendix A to Part 36, Guidance on Revisions to ADA Regulation on Nondiscrimination on the Basis of Disability by Public Accommodations and Commercial Facilities", provides a section-by-section analysis of 28 C.F.R. §36.302(e)(1). In its analysis and guidance, the Department of Justice's official comments state that "information about the Hotel should include, at a minimum, information about accessible entrances to the hotel, the path of travel to guest check-in and other essential services, and the accessible route to the accessible guest room or rooms. In addition to the room information described above, these hotels should provide information about important features that do **not** comply with the 1991 Standards." An agency's interpretation of its own regulations, such as the Department of Justice's interpretation of 28 C.F.R. §36.302(e)(1), must be given "substantial deference" and "controlling weight" unless it is "plainly erroneous or inconsistent with the regulation." *Thomas Jefferson Univ. v. Shalala*, 512 U.S. 504, 512, 114 S.Ct. 2381, 129 L.Ed.2d 405 (1994).

unable to do so due to Defendant's failure to comply with the requirements set forth in paragraph 7. After the foregoing occurred, Plaintiff attempted to specifically identify and book a guaranteed reservation for an accessible guest cabin at the bookable Places of Lodging identified on Defendant's online reservation system as listed on Exhibit "A" but was unable to do so due to Defendant's failure to comply with 28 C.F.R. §36.302(e) (ii).

10.     Plaintiff is an advocate of the rights of similarly situated disabled persons and, pursuant to *Houston v. Marod Supermarkets, Inc.*, 733 F.3d 1323 (11th Cir. 2013), is a "tester" for the purpose of asserting his civil rights, monitoring, ensuring, and determining whether places of public accommodation, including online reservation systems for places of lodging, are in compliance with the ADA.

11.     Defendant has discriminated against Plaintiff by denying him access to and full and equal enjoyment of the goods, services, facilities, privileges, advantages and accommodations offered at the Places of Lodging through its online reservation system due to the substantive ADA violations contained thereon.

12.     The ADA violations for the online reservation system for Defendant's non-bookable Places of Lodging identified on Exhibit "B" and for the West Palm Beach/Lion Country Safari KOA consist of the following:

a)     A failure of any policy, practice, or procedure ensuring that individuals with disabilities can make reservations for accessible guest cabins at the Places of Lodging during the same hours and in the same manner as individuals who do not need accessible cabins;

b)     A failure to identify and describe accessible features in the Places of Lodging and guest cabins offered through the reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether the place of lodging or specific guest cabins meets his or her accessibility needs;

c)     A failure to ensure that accessible guest cabins at the Places of Lodging are held for use by individuals with disabilities until all other guest cabins

of that type have been rented and the accessible cabin requested is the only remaining cabin of that type;

d)   A failure to reserve, upon request, accessible guest cabins or specific types of guest cabins at the Places of Lodging and ensure that the guest cabins requested are blocked and removed from all reservations systems; and

e)   A failure to guarantee that the specific accessible guest cabin reserved through the reservations service at the Places of Lodging is held for the reserving customer, regardless of whether a specific cabin is held in response to reservations made by others.

13.   The ADA violations for the online reservation system for Defendant's bookable Places of Lodging identified on Exhibit "A" consist of a failure to identify and describe accessible features in the bookable Places of Lodging and guest cabins offered through the reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether the place of lodging or specific guest cabin meets his or her accessibility needs. Although the Defendant's online reservation system, with regard to the bookable Places of Lodging, purports to allow, or suggests, that one may book an accessible room at these respective facilities, the online reservation system fails to identify or describe *any* accessible features at these facilities, whether in the common areas or in the cabins, in violation of 28 CFR §36.302(e)(1)(ii)(and the United States Department of Justice's official guidance relative thereto).

14.   Plaintiff is without an adequate remedy at law and is suffering irreparable harm and he reasonably anticipates that he will continue to suffer irreparable harm unless and until Defendant is required to correct the ADA violations to the online reservation system for its Places of Lodging and maintain the online reservation system and accompanying policies in a manner that is consistent with and compliant with the requirements of 28 C.F.R. §36.302(e).

15.     Plaintiff has retained the undersigned counsel for the filing and prosecution of this action and is entitled to recover reasonable attorneys' fees, costs and expenses from Defendant, including litigation expenses and costs pursuant to 42 U.S.C. §12205.

16.     Pursuant to 42 U.S.C. § 12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an Order compelling Defendant to implement policies, consistent with the ADA, to accommodate the disabled, by requiring Defendant to alter and maintain its online reservation system in accordance with the requirements set forth in paragraph 7 above.[3]

WHEREFORE, Plaintiff, David Poschmann, requests that the Court issue a permanent injunction enjoining Defendant from continuing its discriminatory practices, ordering Defendant to implement policies, consistent with the ADA, to accommodate the disabled, through requiring Defendant to alter and maintain the online reservation system for the Places of Lodging in

---

[3] The injunction, to be meaningful and fulfill its intended purpose, should require Defendant to develop, and strictly enforce, a policy requiring regular monitoring of its online reservation system. As rates and classes of cabins change at its places of lodging, and the number and type of beds, accommodations and amenities offered in the various cabin types change from time to time, the availability of accessible cabins must be re-dispersed across these various price points, classes, as well as across cabins with disparate features (2010 ADA Standard 224.5). In light of the foregoing, in addition to regular ongoing website maintenance and to reflect physical changes at the places of lodging, the online reservation system must continuously be updated to properly reflect and describe Defendant's compliance with the substantive ADA Standards regarding accessible places of lodging in accordance with 28 C.F.R. 36.302(e)(1).

accordance with the requirements set forth in paragraph 7 above, and awarding Plaintiff

reasonable attorneys' fees, litigation expenses, including expert fees, and costs.

<div style="margin-left:40%">

s/Drew M. Levitt
DREW M. LEVITT
Florida Bar No: 782246
drewmlevitt@gmail.com
LEE D. SARKIN
Florida Bar No. 962848
lsarkin@aol.com
4700 N.W. Boca Raton Boulevard, Ste. 302
Boca Raton, Florida 33431
Telephone (561) 994-6922
Facsimile (561) 994-0837
Attorneys for Plaintiff

</div>

## EXHIBIT "A"

### Bookable purportedly accessible cabins

**Florida:**
Naples/Marco/Island KOA
Okeechobee KOA
Orland/Kissimmee KOA

**South Carolina:**
Anderson/Lake Hartwell KOA

**North Carolina:**
Cape Hatteras/Outer Banks KOA
Outer Banks West/Currituck Sound KOA

**Virginia:**
Cape Hatteras/Chesapeake Bay KOA
Chincoteague Island KOA
Lynchburg/Blue Ridge Parkway KOA
Richmond North/Kings Dominion KOA
Virginia Beach KOA
Williamsburg/Busch Gardens Area KOA

**Pennsylvania:**
Elizabethtown/Hershey KOA
Jonestown/Hershey NE KOA
Madison/Pittsburgh SE KOA
Philadelphia/Westchester KOA

**New York:**
Chautauqua Lake KOA
Cooperstown KOA
Herkimer Diamond KOA
Lake Placid/White Face MTN KOA
Medina/Wildwood Lake KOA
Niagra Falls/Grand Island KOA

**Connecticut:**
Mystic KOA

**Massachusetts:**
Boston/Cape Cod KOA

**Maine:**
Bar Harbor/Oceanside KOA

1

**Vermont:**
Lake Bomoseen KOA

**Ohio:**
Canton/East Sparta KOA
Shelby/Mandfield KOA

**Kentucky:**
Ashland/Huntington West KOA
Kentucky Lakes/Prizer Point KOA
Louisville South KOA

**Tennessee:**
Bristol/Kingsport KOA
Crossville/I-40 KOA
Manchester KOA
Nashville KOA
Pigeon Force/Gatlinburg KOA
Townsend/Great Smokies KOA

**Indiana:**
Angola/Hogback Lake KOA
Blufton/Fort Wayne South KOA
South Bend/Elkhart North KOA

**Michigan:**
Covert/South Haven KOA
Emmett KOA

Oscoda/Tawas KOA
Port Huron KOA
Traverse City KOA
**Illinois:**
Benton KOA
Lena KOA
Rock Island/Quad Cities KOA

**Missouri:**
St. Louis West/Historic Route 66 KOA

**Arkansas:**
Hot Springs National Park KOA

**Wisconsin:**
Hayward KOA

**Louisiana:**
Lafayette KOA

**Texas:**
Austin East KOA
Bastrop/SE Austin/Colorado River KOA
Canton KOA
San Angelo KOA
South Padre Island KOA

**Kansas:**
Wellington KOA

**Nebraska:**
Grand Island KOA
West Omaha/NE Lincoln KOA

**Minnesota:**
Southwest KOA

**Montana:**
St. Mary/East Glacier KOA
Townsend/Canyon Ferry Lake KOA
West Glacier KOA
Yellowstone Park/West Gate KOA

**Colorado:**
Durango North/Riverside KOA
Estes Park KOA

**Utah:**
Moab KOA
**New Mexico:**
Carlsbad KOA
Raton KOA

**Arizona:**
Mesa/Apache Junction KOA
Tucson/Lazydays KOA

**California:**
Lake Isabella/Kern River KOA
Mt. Lassen/Shingletown KOA
San Francisco North/Petaluma KOA
Santa Cruz/Monterey Bay KOA

Ventura Ranch KOA

**Oregon:**
Albany/Corvallis KOA
Oregon Dunes KOA
Redmond/Central Oregon KOA

**Iowa:**
Des Moines West KOA
Waterloo/Lost Island Waterpark KOA

## EXHIBIT "B"

### Non-Bookable accessible cabins

**Florida:**
Bradenton/Hunsader Farms KOA
Deland/St. Johns River KOA
Fort McCoy/Lake Oklawaha KOA
Fort Myers/Pine Island KOA
Fort Pierce Downtown KOA
Jennings KOA
Milton Gulf Pines KOA
Orlando Southwest KOA
Perry KOA
St. Augustine Bch KOA
St. Petersburg/Madeira Bch KOA
Starke/Gainesville NE KOA
Titusville/Kennedy Space Center KOS

**Georgia:**
Cartersville/Cassville-White KOA
Cordele KOA
Forsyth KOA
Jacksonville North/St. Mary's KOA
Lake Oconee/Greensboro KOA
Lookout Mountain/Chattanooga West KOA
Savannah South KOA
Tifton KOA

**South Carolina:**
Charleston KOA
Charlotte/Fort Mill KOA
Mount Pleasant/Charleston KOA
Myrtle Beach KOA
Point South/I-95/Yemassee KOA
Spartanburg/Gaffney KOA
Travelers Rest/N. Greenville KOA

**North Carolina:**
Asheville East KOA
Asheville West KOA
Boone KOA
Cherokee/Great Smokies KOA
Greensboro KOA
Murphy/Peace Valley KOA
New Bern KOA

Statesville/I-77 KOA
Wilmington KOA

**Virginia:**
Charlottesville KOA
Fancy Gap/Blueridge ParkwayKOA
Harrisonburg/Shenandoah Valley KOA
Luray KOA
Natural Bridge/Lexington KOA
Wytheville KOA

**Maryland:**

Hagerstown/Antietam Battlefield KOA
Washington DC/Capitol KOA

**Pennsylvania:**
Allentown KOA
Bellefonte/State College KOA
Delaware Water Gap/Pocono Mountain KOA
Dubois/Treasure Lake KOA
Erie KOA
Gettysburg/Battlefield KOA
Honesdale/Poconos KOA
Kinzua East KOA
Lancaster/New Holland KOA
Meadville KOA
Mercer/Grove City KOA
Uniontown KOA
Washington/Pittsburgh SW KOA
Williamsport South/Nittany Mtn. KOA

**New Jersey:**
Cape May KOA
Philadelphia South/Clarksboro KOA

**New York:**
Canandaigua/Rochester KOA
Deer Park/New York City NW KOA
Hammondsport/Bath KOA
Houghton/Letchworth KOA
Lake George/Saratoga KOA
Natural Bridge/Watertown KOA
New York City North/Newburgh KOA
Niagra Falls North/Lewiston KOA
Unadilla/I-88-Oneonta KOA

Watkins Glen/Corning KOA
Westfield/Lake Erie KOA

**Massachusetts:**
Northampton/Springfield KOA

**New Hampshire:**
Chocorua KOA
Lincoln/Woodstock KOA
Littleton/Franconia North KOA
Stafford/Lake Winnipesaukee South KOA
Twin Mountain/Mt. Washington KOA

**Maine:**
Naples KOA
Augusta/Gardiner KOA
Saco/Old Orchard Beach KOA
Skowhegan/Kennebec Valley KOA
Bangor/Holden KOA
Bucksport/Fort Knox KOA
Freeport/Durham KOA
Lebanon KOA On Salmon Falls River

**West Virginia:**
Flatwoods KOA
Huntington/Foxfire KOA
Harpers Ferry/Civil War Battlefields KOA

**Vermont:**
Brattleboro North KOA
Quechee/Pine Valley KOA

**Ohio:**
Andover/Pymatuning Lake KOA
Buckeye Lake/Columbus East KOA
Butler/Mohican KOA
Carrollton KOA
Coshocton KOA
Dayton KOA
Homerville KOA
Lake Milton/Berlin Lake KOA
Lebanon/Cincinnati NE KOA
Logan/Hocking Hills KOA
Salem/Lisbon Ohio KOA
Sandusky/Bayshore KOA
Streetsboro/Cleveland SE KOA

Sunbury/Columbus North KOA
Thompson/Grand River Valley KOA
Toledo East/Stony Ridge KOA
Napakonetta KOA

**Kentucky:**
Bowling Green KOA
Corbin/Laurel Lake KOA
Horse Cave KOA
Paducah/I-24/Kentucky Lake HOA
Renfro Valley KOA
Russell Springs KOA

**Tennessee:**
Baileyton KOA
Buffalo/I-40/Exit 143 KOA
Chattanooga North/Cleveland KOA
Clinton/Knoxville North KOA
Gatlinburg East/Smoky Mountain KOA
Nashville East/Lebanon KOA
Nashville North KOA
Paris Landing /Kentucky Lake KOA
Sweetwater/I-75/Exit 62 KOA

**Indiana:**
Anderson/Muncie KOA
Brown County/Nashville KOA
Crawfordsville KOA
Elkhart Co/Middlebury KOA
Indiana Beach/Monticello KOA
Indianapolis KOA
Richmond KOA

**Michigan:**
Allendale/West Grand Rapids KOA
Auburn Hills/Holly KOA
Coloma/St. Joseph KOA
Gaylord KOA
Higgins Lake/Roscommon KOA
Ludington East Pere Marquette River KOA
Mackinaw City /Mackinac Island KOA
Monroe Co./Toledo North KOA
Munising/Pictured Rocks KOA
Muskegon KOA
Petoskey KOA
St. Ignace/Mackinac Island KOA

**Illinois:**
Casey KOA
Chicago Northwest KOA
Kankakee South KOA
Lasalle/Peru KOA
Springfield KOA
St. Louis NE/I-270/Granite City KOA

**Missouri:**
Branson KOA
Joplin KOA
Kansas City East/Oak Grove KOA
Lake of the Ozarks/Linn KOA
Lebanon/Bennett spring KOA
Springfield/Route 66 KOA
Stanton/Meramec KOA

**Mississippi:**
Meridien East/Toomsuba KOA
Starkeville KOA

**Alabama:**
Decatur/Wheeler Lake KOA
Gulf Shores/Pensacola West KOA

**Arkansas:**
Eureka Springs KOA
Little Rock North/Jct. I-40 KOA
Memphis KOA

**Wisconsin:**
Door County KOA
Hixton/Alma Center KOA
Madison KOA
Milton KOA
Oakdale KOA
Wisconsin Dells KOA

**Louisiana:**
Baton Rouge KOA
New Orleans KOA
Shreveport/Bossier City KOA

**Texas:**
Abilene KOA
Amarillo KOA

Brookeland/Lake Sam Rayburn KOA
Burkburnett/Dallas/Arlington KOA
Fredericksburg, Texas KOA
Kerrville KOA
Lake Conroe/Houston North KOA
Lake Livingston/Onalaska KOA
Leander/NW Austin KOA
Lubbock KOA
Lufkin KOA
Mount Pleasant KOA
Port Lavaca/Matagorda Bay KOA
Rusk KOA
San Antonio/Alamo KOA
Texarkana KOA

**Kansas:**
Dodge City KOA
Goodland KOA
Kansas City West/Lawrence KOA
Salina KOA
Topeka/Capital City KOA
Wakeeney KOA

**Oklahoma:**
Checotah/Lake Eufaula West KOA
Elreno West KOA
Elk City/Clinton KOA
Oklahoma City East KOA
Sallisaw/Fort Smith West KOA

**South Dakota:**
Badlands/White River KOA
Belvidere East/Exit 170 KOA
Custer/Mount Rushmore/Black Hills KOA
Deadwood/Black Hills KOA
Hot Springs/Black Hills KOA
Kennebec KOA
Mitchell KOA
Mount Rushmore KOA At Palmer Gulch
Rapid City/Black Hills KOA
Sioux Falls KOA
Spearfish/Black Hills KOA
Yankton/Missouri River KOA

**North Dakota:**
Bismarck KOA

**Minnesota:**
Albert Lea/Austin KOA
Bemidji KOA
Cloquet/Duluth KOA
Jackson KOA
Minneapolis Northwest KOA
Rochester/Marion KOA

**Montana:**
Big Timber/Greycliffe KOA
Billings KOA
Butte KOA
Deer Lodge KOA
Great Falls KOA
Hardin KOA
Livingston/Paradise Valley KOA
Miles City KOA
Missoula KOA
Polson/Flathead Lake KOA
Rd Lodge KOA
Whitefish/Kalispell North KOA
Yellowstone Park/Mountainside KOA

**Wyoming:**
Buffalo KOA
Casper KOA
Cheyenne KOA
Cody KOA
Devils Tower/Black Hills KOA
Douglas KOA
Dubois/Wind River KOA
Greybull KOA
Jackson Hole/Snake River KOA
Laramie KOA
Lyman KOA
Rawlins KOA
Rock Springs/Green River KOA
Sheridan/Big Horn Mountains KOA

**Colorado:**
Alamosa KOA
Buena Vista KOA
Cardondale/Crystal River KOA
Colorado Springs KOA
Cortez/Mesaverde KOA
Cotopaxi/Arkansas River KOA

Craig KOA
Cripple Creek KOA
Denver East/Strasburg KOA
Denver West/Central City KOA
Fort Collins/Lakeside KOA
Glennwood Springs West/Colorado River KOA
Grand Junction KOA
Gunnison KOA
La Junta KOA
Limon KOA
Montrose/Black Canyon National Park KOA
Ouray KOA
Pueblo KOA
Pueblo South/Colorado City KOA
Royal George/Canon City KOA
Salida/Mt. Shavano KOA
Steamboat Springs KOA

**Utah:**
Bear Lake/Marinaside KOA
Bear Lake/Trailside KOA
Beaver KOA Brigham City/Perry South KOA
Cannonville/Bryce Valley KOA
Cedar City KOA
Fillmore KOA
Flaming George/Manila KOA
Green River KOA
Panguitch KOA
Richfield KOA
Salt Lake City KOA
St. George/Hurricane KOA
Vernal/Dinasourland KOA

**New Mexico:**
Alamogordo/White Sands KOA
Albuquerque KOA
Albuquerque North/Bernalillo KOA
Grants KOA
Las Cruces KOA
Las Vegas, New Mexico KOA
Lordsburg KOA
Santa Fe KOA
Silver City KOA

**Arizona:**
Benson KOA
Grand Canyon/Williams KOA
Holbrook/Petrified Forest KOA
Kingman KOA
Picacho/Tucson NW KOA
Seligman/Route 66 KOA
Wilcox/Cochise, Az KOA
Williams/Exit 167/Circle Pines KOA

**Idaho:**
Craters of the Moon/Arco KOA
Kamiah/Clearwater River KOA
Lava Hot Springs East KOA
Montepelier Creek KOA
Pocatello KOA
Twin Falls/Jerome KOA

**Nevada:**
Ely KOA
Wendover KOA

**California:**
Acton/Los Angeles North KOA
Avila/Pismo Beach KOA
Barstow/Calico KOA
Benbow KOA
Boulevard/Cleveland National Forest KOA
Cloverdale/Healdsburg KOA
Coleville/Walker KOA
Crescent City/Redwood KOA
Mount Shasta City KOA
Needles KOA
Palm Springs/Joshua Tree Placerville KOA
Salinas/Monterey KOA
San Diego Metro KOA
Santa Margarita KOA
Trinity Lake KOA
Visalia/Sequoia National Park KOA

**Oregon:**
Astoria/Warrenton/Seaside KOA
Banson/Port Orford KOA
Cascade Locks/Portland East KOA
Grants Pass KOA
Klamath Falls KOA

Lemolo Lake/Crater Lake North KOA
Lincoln City KOA
Medford/Goldhill KOA
Waldport/Newport KOA

**Washington (state):**
Baycenter/Willapa Bay KOA
Boyer Park & Marina/Snake River KOA
Burlington/Anacortes KOA
Concrete/Grandy Creek KOA
Ellensburg KOA
Leavenworth/Pine Village KOA
Lynden/Bellingham KOA
Newport/Little Diamond Lake KOA
Olympic Peninsula/Port Angeles KOA
Spokane KOA
Starbuck/Lyons Ferry Marina KOA
Winthrop/N. Cascades National Park KOA

**Iowa:**
Newton/Des Moines East KOA
Onawa/Blue Lake KOA

10