UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 2:20-cv-14129-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

KAMPGROUNDS OF AMERICA, INC.,

    Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

This cause is before the Court *sua sponte*. The Court has been informed that the parties have reached a settlement agreement. *See* DE 15. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby **ORDERED AND ADJUDGED**:

1. This case is **STAYED**.

2. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

3. The parties are instructed to file any appropriate pleadings related to the dismissal of this action within thirty (30) days of the date of rendition of this Order.

4. Any party may move for the stay imposed by this Order to be lifted or for an extension of time to file appropriate pleadings related to the dismissal of this action.

5. The Clerk of Court is instructed to **CLOSE THIS CASE FOR STATISTICAL PURPOSES**. This closure shall not affect the merits of any party's claim.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 10th day of July, 2020.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record